IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WASEEM DAKER,  )
  )
    Petitioner - Appellant,  )
  )
vs.  )  Case No. CV617-79
  )
  )  USCA No. 18-13637-H
  )
COMMISSIONER HOMER BRYSON ET AL  )
  )
    Respondent - Appellee.

## ORDER

The appeal in the above-styled action having been dismissed, for want of prosecution by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

SO ORDERED, this 7th day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA